UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| WILLIAM SCOTT ROBERTS, | Case No. 2:17-cv-00865-APG-PAL |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| WILLIAM BROGAN, et al., | (Mot Ext Time – ECF No. 8) |
| Defendants. | |

This matter is before the court on Plaintiff Williams Scott Roberts' ("Roberts") Motion for Extension of Time (ECF No. 8). The motion requests a 30-day extension of time to respond to this court's Order (ECF No. 7) dated January 10, 2018.

The order required Mr. Roberts to either submit a new IFP application if he chose to move forward with the case, accompanied by a signed and executed financial certificate, a signed and executed financial affidavit, and a statement of his inmate trust account on or before **February 9, 2018**; or alternatively, pay the $400 filing fee on or before **February 9, 2018**. The order warned Roberts that his failure to comply with this Order by: (a) submitting a new IFP application, or (b) paying the filing fee, before the **February 9, 2018** would result in a recommendation to the district judge that this case be dismissed.

Having reviewed and considered the court will grant Roberts an additional 30 days from the date of this order in which to comply with the court's order.

**IT IS ORDERED**:

1. Plaintiff's Motion to Extend Time (ECF No. 8) is **GRANTED**.
2. If Plaintiff decides to move forward with the case, he shall submit a new IFP application, accompanied by a signed and executed financial certificate, a signed and executed financial affidavit, and a statement of his inmate trust account on or before

1

**April 9, 2018**.

1. Alternatively, Plaintiff shall pay the $400 filing fee on or before **April 9, 2018**.
2. Plaintiff's failure to comply with this Order by: (a) submitting a new IFP application, or (b) paying the filing fee, before the **April 9, 2018** deadline will result in a recommendation to the district judge that this case be dismissed.

Dated this 8th day of March, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE