UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIAM SCOTT ROBERTS,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>WILLIAM BROGAN, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:17-cv-00865-APG-PAL<br><br>**REPORT OF FINDINGS AND RECOMMENDATION** |

This matter is before the court on Plaintiff William Scott Roberts' failure to comply with the court's Order (ECF Nos. 7, 10). This proceeding is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4 of the Local Rules of Practice.

Plaintiff filed an incomplete Application to Proceed *In Forma Pauperis* (ECF No. 1) on March 22, 2017. The court could not determine whether Plaintiff qualified to proceed *in forma pauperis* ("IFP"). On January 1, 2018, the court entered an Order (ECF No. 7) denying Plaintiff's IFP Application without prejudice, directing the Clerk's Office to mail Plaintiff a new IFP application, and allowing Plaintiff to file a completed IFP application or pay the $400.00 filing fee on or before February 9, 2018. *Id*. The Order warned Plaintiff that a failure to file a completed IFP application would result in a recommendation to the district judge that this case be dismissed.

On February 16, 2018, Plaintiff requested a 30-day extension of time to comply with this court's Order (ECF No. 7). The court granted Plaintiff's request in an Order (ECF No. 10) entered March 8, 2018, and gave Plaintiff until April 9, 2018 to comply with this court's order. The Plaintiff has not filed a completed IFP application, requested an extension of time, or taken any other action to prosecute this case.

Accordingly,

/ / /

1

**IT IS RECOMMENDED** that:

1. Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1) be DENIED and this action be DISMISSED without prejudice to the Plaintiff's ability to commence a new action in which he either pays the appropriate filing fee in full or submits a completed application to proceed *in forma pauperis*.

2. The Clerk of the Court be instructed to close this case and enter judgment accordingly.

Dated this 8th day of May, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

### **NOTICE**

This Report of Findings and Recommendation is submitted to the assigned district judge pursuant to 28 U.S.C. § 636(b)(1) and is not immediately appealable to the Court of Appeals for the Ninth Circuit. Any notice of appeal to the Ninth Circuit should not be filed until entry of the district court's judgment. *See* Fed. R. App. Pro. 4(a)(1). Pursuant to LR IB 3-2(a) of the Local Rules of Practice, any party wishing to object to a magistrate judge's findings and recommendations of shall file and serve *specific written objections*, together with points and authorities in support of those objections, within 14 days of the date of service. *See also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. Pro. 6, 72. The document should be captioned "Objections to Magistrate Judge's Report of Findings and Recommendation," and it is subject to the page limitations found in LR 7-3(b). The parties are advised that failure to file objections within the specified time may result in the district court's acceptance of this Report of Findings and Recommendation without further review. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). In addition, failure to file timely objections to any factual determinations by a magistrate judge may be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the recommendation. *See Martinez v. Ylst*, 951 F.2d 1153, 1156 (9th Cir. 1991); Fed. R. Civ. Pro. 72.