# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM SCOTT ROBERTS,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM BROGAN and DARCI M. POLONI,<br><br>    Defendants. | Case No. 2:17-cv-00865-APG-PAL<br><br>**ORDER ON REPORT AND RECOMMENDATION**<br><br>(ECF No. 12) |

On May 8, 2018, Magistrate Judge Leen entered a report and recommendation that I dismiss the case without prejudice because plaintiff William Scott Roberts has not complied with her orders to either pay the filing fee or submit a completed application to proceed in forma pauperis. ECF No. 12. Roberts did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Leen's report and recommendation **(ECF No. 12) is accepted**. This action is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 1st day of June, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE